No. 6,306.—JOHN WALSH, Appellant, *v.* ALEX LOISELLE ET AL., Respondents.

*Appeal from District Court, Silver Bow County; George Bourquin, Judge.*

Decided: April 16, 1928.

PER CURIAM.—The appeal in the above-entitled cause is ordered dismissed on motion of appellant.

*Mr. H. J. Freebourn, Mr. T. E. Downey* and *Mr. John A. Shelton,* for Appellant.

*Messrs. Kremer, Sanders & Kremer,* for Respondent.